FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 08-1543 M |
|---|---|---|
| Plaintiff, | ) | ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b): (Allegations of Violation of Pretrial Conditions of Release) |
| v. | ) | |
| MARCO JONES | ) | |
| Defendant. | ) | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge Susan D. Wigenton, D.A. of NJ ].

B.

The court finds there is

(1)

 (A) [X] Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

 (B) ( ) Clear and convincing evidence that the defendant has violated any other condition of release; and

1  (2)
2      (A)  ( )  Based on the factors set forth in 18 U.S.C. § 3142(g),
3               there is no condition or combination of conditions of
4               release that will assure that the person will not flee or
5               pose a danger to the safety or any other person or the
6               community; or
7      (B)  ( )  The person is unlikely to abide by any condition or
8               combination of conditions of release.
9               and/or, in the event of (1)(A)
10 (3)     (X)  There is probable cause to believe that, while on
11              release, the defendant committed a Federal, State, or
12              local felony, and the presumption that no condition or
13              combination of conditions will assure that the person
14              will not pose a danger to the safety of any other person
15              or the community has not been rebutted.
16                                       or
17 (4)     ( )  The court finds that there are conditions of release that
18              will assure that the defendant will not flee or pose a
19              danger to the safety of any other person or the
20              community, and that the defendant will abide by such
21              conditions.  <u>See</u> separate order setting conditions.
22         ( )  It is further ordered that this order is stayed for 72
23              hours in order to allow the Government to seek review
24              from the [assigned district judge] [criminal duty
25              district judge].
26                                       or

```
                                    C.

     (X)    IT IS ORDERED defendant be detained prior to trial.

            DATED: 6/30/08           _____
                                     U.S. MAGISTRATE/DISTRICT JUDGE
```

[11/04]